UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARRIN A. McALLISTER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 3:10cv1488 (WWE) |
| | : | |
| CONNECTICUT RENAISSANCE INC., | : | |
| GREATER BRIDGEPORT | : | |
| ADOLESCENT PREGNANCY | : | |
| PROGRAM, INCORPORATED, | : | |
| PATRICK McAULIFFE, JOSEPH | : | |
| RIKER, LINDA MOSEL, BERNADETTE | : | |
| LYNCH-GUPTA, and SARAH | : | |
| NICHOLS, | : | |
|     Defendants. | : | |

**ORDER ON MOTION FOR RECONSIDERATION AND MOTION FOR SANCTIONS**

Plaintiff Darrin McAllister, pro se, alleges violations of Title VII and the Americans with Disabilities Act (ADA) against Connecticut Renaissance, Inc.; Greater Bridgeport Adolescent Pregnancy Program, Incorporated ("GBAPP"); Patrick McAuliffe; Joseph Riker; Linda Mosel; Bernadette Lynch-Gupta; and Sarah Nichols.

Defendants GBAPP, Sarah Nichols, Patrick McAuliffe, Joseph Riker, Linda Mosel and Bernadette Lynch-Gupta filed motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to exhaust administrative remedies and failure to state a claim. Connecticut Renaissance filed a motion to stay proceedings and compel arbitration. On April 5, 2011, the Court granted the motions. On May 17, 2011, plaintiff filed a motion for reconsideration of that decision, and on June 7, 2011, he filed a motion for sanctions.

Upon review, the Court GRANTS the motion for reconsideration (doc. #41). However, upon review, the Court adheres to its previous decision. Also upon review,

1

the Court DENIES the motion for sanction (doc. #44) because no grounds exist for the imposition of sanctions against defendants.

_____/s/_____
Warren W. Eginton
Senior United States District Judge

Dated this __27___ day of June, 2011 at Bridgeport, Connecticut.